DR. FLORENCE CHINN LOUI *v.* PATRICIA OAKLEY.

No. 4568.

MARCH 15, 1968.

RICHARDSON, C.J., MIZUHA, MARUMOTO, ABE AND LEVINSON, JJ.

*Per Curiam.* The petition for rehearing is denied without argument.

*Walter G. Chuck, Wallace S. Fujiyama, Charles M. Tonaki,* and *Reuben S. F. Wong (Chung, Vitousek, Chuck & Fujiyama* of counsel) for the petition.